# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE MURRAY, : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | No. 24-1017 |
| : | |
| CITY OF PHILADELPHIA et al., : | |
| Defendants. : | |

# **ORDER**

**AND NOW,** this 18th day of February, 2025, upon consideration of Defendants' Partial Motion to Dismiss (ECF No. 35), it is **ORDERED** that Defendants' Motion is **DENIED AS MOOT**.[1]

                                              s/ANITA B. BRODY, J.
                                              ANITA B. BRODY, J.

---

[1] Plaintiffs subsequently filed an Amended Complaint (ECF No. 76), which is the subject of a new motion to dismiss (ECF No. 81). An amended complaint "supersedes the earlier [complaint] and renders [it] a nullity." *Palakovic v. Wetzel*, 854 F.3d 209, 220 (3d Cir. 2017). Therefore, the motion filed as to the earlier complaint is now moot.